**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| James M. LeJeune, | ) | Bankruptcy No. 12-20807-GLT |
| Darlene M. LeJeune, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | |
| James M. LeJeune, | ) | |
| Darlene M. LeJeune, | ) | |
| | ) | |
| Movants. | ) | Document No. |
| | ) | |
| v. | ) | |
| | ) | |
| Lakeview Loan Servicing, | ) | |
| C/O M&T Bank, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER OF COURT**

AND NOW, upon consideration of Debtors' Motion to Authorize Loan Modification, it is hereby ORDERED as follows:

1. The Debtors are approved to enter into a Loan Modification agreement with Lakeview Loan Servicing, C/O M&T Bank, under the following terms:

   a. Principal balance: $70,281.70
   b. Effective Date: June 1, 2016
   c. End Date: May 1, 2046
   d. Payment schedule as follows:

| | LOAN MODIFICATION TERMS |
|---|---|
| Unpaid Principal Balance | $70,281.70 |
| Arrearages | $0.00 |
| Maturity Date | May 1, 2046 |
| Interest Rate | 4.125% |
| Total payment including escrow | $771.90 |
| Effective Date | June 1, 2016 |

2. If the loan modification approved by the Court impacts the provisions of the debtors' Chapter 13 plan, a modified plan shall be filed within fourteen (14) days of the entry of the order approving the loan modification.

3. If the loan modification approved by the Court results in a material change in the Debtors' expenses, the Debtors shall file an amendment to the impacted schedules reflecting income and expenses (Schedules I and J) within fourteen (14) days of the entry of the order approving the loan modification.

Dated: _____    _____
                                                        United States Bankruptcy Judge