**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: James M. LeJeune, | ) | Bankruptcy No. 12-20807-GLT |
| Darlene M. LeJeune, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | |
| James M. LeJeune, | ) | |
| Darlene M. LeJeune, | ) | |
| | ) | |
| Movants. | ) | Document No. |
| | ) | |
| v. | ) | |
| | ) | |
| Lakeview Loan Servicing, Serviced | ) | |
| By M&T Bank, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

I, Jessica Girson, Paralegal, certify under penalty of perjury that I served the forgoing Motion to Authorize Loan Modification, Exhibit, Loan Modification Summary, Proposed Order and Hearing Notice on the following parties at the addresses listed below on August 9, 2016, via electronic mail and/or first class mail postage prepaid:

M&T Bank
Attn: Robert G. Wilmers, CEO
P.O. Box 1288
Buffalo, NY 14240

McCabe, Weisberg, & Conway, P.C.
Suite 1400
123 South Broad Street
Philadelphia, PA 19109

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:  August 9, 2016

By:/s/Jessica Girson
Jessica Girson, Paralegal
Thompson Law Group, P.C.
Penn Center East
400 Penn Center Blvd., Suite 306
Pittsburgh, PA 15235
(412) 823-8080 Telephone
(412) 823-8686 Facsimile
paralegal@thompsonattorney.com