# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 12-20807-GLT |
| | ) | |
| James M. LeJeune, | ) | Chapter 13 |
| Darlene M. LeJeune, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | **September 21, 2016 at 10:00 a.m.** |
| | ) | |
| No Respondent. | ) | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents James M. LeJeune and Darlene M. LeJeune.

2. This is an interim application for the period January 26, 2014 to August 10, 2016.

3. Previous retainer paid to Applicant: $800.00

4. Previous interim compensation allowed to Applicant: $6,845.45

5. Applicant requests additional:
   Compensation of $7,397.00
   Reimbursement of Expenses of $223.60

6. A hearing on the Application will be held in Courtroom A, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before Judge Gregory L. Taddonio, on September 21, 2016 at 10:00 a.m.

7. Any written objections must be filed with the court and served on Applicant on or before August 27, 2016 (fourteen (14) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: August 10, 2016

s/Brian C. Thompson
Brian C. Thompson, Esquire
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404
bthompson@thompsonattorney.com