# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 12-20807- GLT |
| | ) | |
| James M. LeJeune, | ) | Chapter 13 |
| Darlene M. LeJeune, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 127 |
| | ) | |
| Applicant, | ) | |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO AUTHORIZE LOAN MODIFICATION FILED AT DOCUMENT NO. 127

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on August 6, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order Scheduling Hearing, objections to the Motion were to be filed and served no later than August 23, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>August 25, 2016</u>        /s/Brian C. Thompson, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendal-Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com