FILED
2016 AUG 26 A 9:15
CLERK
U.S. BANKRUPTCY
COURT - PGH

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

|  |  |  |  |
|---|---|---|---|
| James M. LeJeune, | ) | Bankruptcy No. 12-20807-GLT | |
| Darlene M. LeJeune, | ) | | |
| | ) | | |
| Debtors. | ) | Chapter 13 | |
| | ) | | |
| James M. LeJeune, | ) | | |
| Darlene M. LeJeune, | ) | | |
| | ) | Related to Docket No. 127 | |
| Movants. | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| Lakeview Loan Servicing, | ) | | |
| C/O M&T Bank, | ) | | |
| | ) | | |
| Respondent. | ) | | |

## ORDER OF COURT

AND NOW, upon consideration of Debtors' Motion to Authorize Loan Modification, it is

hereby ORDERED as follows:

1.      The Debtors are approved to enter into a Loan Modification agreement with

Lakeview Loan Servicing, C/O M&T Bank, under the following terms:

a.      Principal balance: $70,281.70
b.      Effective Date:  June 1, 2016
c.      End Date: May 1, 2046
d.      Payment schedule as follows:

| | LOAN MODIFICATION TERMS |
|---|---|
| Unpaid Principal Balance | $70,281.70 |
| Arrearages | $0.00 |
| Maturity Date | May 1, 2046 |
| Interest Rate | 4.125% |
| Total payment including escrow | $771.90 |
| Effective Date | June 1, 2016 |

2.      If the loan modification approved by the Court impacts the provisions of

the debtors' Chapter 13 plan, a modified plan shall be filed within fourteen (14) days of the entry

of the order approving the loan modification.

3.      If the loan modification approved by the Court results in a material change

in the Debtors' expenses, the Debtors shall file an amendment to the impacted schedules

reflecting income and expenses (Schedules I and J) within fourteen (14) days of the entry of the

order approving the loan modification.

4.      The Debtors are also authorized to execute the Subordinate Note and
Subordinated Mortgage Documents in favor of the Secretary of Housing and Urban
Development in connection with this transaction.

Prepared by:  Brian C Thompson, Esq.

**DEFAULT ENTRY**

Dated: August 26, 2016

Gregory L. Taddonio   **drb**
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-20807-GLT
James M. LeJeune                                                    Chapter 13
Darlene M. LeJeune
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut          Page 1 of 2          Date Rcvd: Aug 26, 2016
                              Form ID: pdf900     Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2016.
db/jdb          +James M. LeJeune,   Darlene M. LeJeune,   2239 Montgomery Road,   Sewickley, PA 15143-9517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                                    Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
          Andrew F Gornall   on behalf of Creditor   Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brian C. Thompson   on behalf of Plaintiff James M. LeJeune bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Brian C. Thompson   on behalf of Debtor James M. LeJeune bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Brian C. Thompson   on behalf of Joint Debtor Darlene M. LeJeune bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Brian C. Thompson   on behalf of Plaintiff Darlene M. LeJeune bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Leslie J. Rase, Esq.   on behalf of Defendant   Beneficial Consumer Discount Company
           lrase@sterneisenberg.com,   ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Marisa Myers Cohen   on behalf of Creditor   Bank Of America, N.A., Successor By Merger To Bac
           Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP mcohen@mwc-law.com
          Marisa Myers Cohen   on behalf of Creditor   Lakeview Loan Servicing, LLC mcohen@mwc-law.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Scott A. Dietterick   on behalf of Creditor   Bank Of America, N.A., Successor By Merger To Bac
           Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP sad@jsdc.com,
           kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
          Scott A. Dietterick   on behalf of Debtor James M. LeJeune sad@jsdc.com,
           kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
          Scott A. Dietterick   on behalf of Creditor   BANK OF AMERICA, N.A. sad@jsdc.com,
           kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
          Steven K. Eisenberg   on behalf of Creditor   Beneficial Consumer Discount Company
           seisenberg@sterneisenberg.com,   dbogucki@sterneisenberg.com;ckohn@sterneisenberg.com
          Steven K. Eisenberg   on behalf of Defendant   Beneficial Consumer Discount Company
           seisenberg@sterneisenberg.com,   dbogucki@sterneisenberg.com;ckohn@sterneisenberg.com

District/off: 0315-2              User: mgut                Page 2 of 2                Date Rcvd: Aug 26, 2016
                                 Form ID: pdf900           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
           Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                                    TOTAL: 18