## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 12-20807-GLT |
| | ) | |
| James M. LeJeune, | ) | Chapter 13 |
| Darlene M. LeJeune, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | **September 21, 2016 at 10:00 a.m.** |
| | ) | |
| No Respondent. | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING
### APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other

responsive pleading to the Application for Compensation filed on August 10, 2016 at Document No.

132 have been received. The undersigned further certifies that the Court's docket in this case has been

reviewed and no answer, objection or other responsive pleading to the Objections appear thereon.

Pursuant to the Order scheduling Hearing, Responses to Objections were to be filed and served no later

than August 27, 2016.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to

Application for Compensation recorded at Document No. 132 be entered by the Court.

Date: <u>August 29, 2016</u>

s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com