# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: James M. LeJeune, | ) | Bankruptcy No. 12-20807-GLT |
| Darlene M. LeJeune, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | |
| James M. LeJeune, | ) | |
| Darlene M. LeJeune, | ) | |
| | ) | |
| Movants. | ) | Document No. |
| | ) | |
| v. | ) | |
| | ) | |
| Lakeview Loan Servicing, Serviced | ) | |
| By M&T Bank, | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I, Meghan Hodge, Paralegal, certify under penalty of perjury that I served the forgoing Loss Mitigation Final Report and Portal Account History on the following parties at the addresses listed below on December 6, 2016, via electronic mail and/or first class mail postage prepaid:

| | |
|---|---|
| M&T Bank<br>Attn: Robert G. Wilmers, CEO<br>P.O. Box 1288<br>Buffalo, NY 14240 | Ronda J. Winnecour, Esquire<br>Office of Chapter 13 Trustee<br>3250 USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| McCabe, Weisberg, & Conway, P.C.<br>Suite 1400<br>123 South Broad Street<br>Philadelphia, PA 19109 | Office of U.S. Trustee<br>970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 |
| Date: December 6, 2016 | By:/s/Meghan Hodge<br>Meghan Hodge, Paralegal<br>Thompson Law Group, P.C.<br>125 Warrendale-Bayne Rd., Ste 200<br>Warrendale, PA 15086<br>(724) 799-8404 Telephone<br>(724) 799-8409 Facsimile<br>mhodge@thompsonattorney.com |