**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**James M. LeJeune**
**Darlene M. LeJeune**
   Debtor(s)

Bankruptcy Case No.: 12−20807−GLT
Related to Docket no. 144
Chapter: 13
Docket No.: 147 − 144
Concil. Conf.: February 23, 2017 at 03:30 PM

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____    _____
                  (Date)                                             (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-20807-GLT
James M. LeJeune                                                        Chapter 13
Darlene M. LeJeune
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dbas               Page 1 of 2              Date Rcvd: Jan 09, 2017
                            Form ID: 151             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2017.
db/jdb         +James M. LeJeune,   Darlene M. LeJeune,   2239 Montgomery Road,   Sewickley, PA 15143-9517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Plaintiff James M. LeJeune bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Debtor James M. LeJeune bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Joint Debtor Darlene M. LeJeune bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Plaintiff Darlene M. LeJeune bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Leslie J. Rase, Esq.    on behalf of Defendant    Beneficial Consumer Discount Company
               lrase@sterneisenberg.com,   ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Marisa Myers Cohen    on behalf of Creditor    Bank Of America, N.A., Successor By Merger To Bac
               Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP mcohen@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    Lakeview Loan Servicing, LLC mcohen@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Scott A. Dietterick    on behalf of Creditor    BANK OF AMERICA, N.A. sad@jsdc.com,
               kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
              Scott A. Dietterick    on behalf of Creditor    Bank of America, N.A., Successor By Merger To Bac
               Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP sad@jsdc.com,
               kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
              Scott A. Dietterick    on behalf of Debtor James M. LeJeune sad@jsdc.com,
               kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
              Steven K. Eisenberg    on behalf of Creditor    Beneficial Consumer Discount Company
               seisenberg@sterneisenberg.com,   bkecf@sterneisenberg.com

```
District/off: 0315-2          User: dbas              Page 2 of 2             Date Rcvd: Jan 09, 2017
                              Form ID: 151            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Steven K. Eisenberg    on behalf of Defendant    Beneficial Consumer Discount Company seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com
         T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer   Office of Attorney General, Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com
                                                                                                                             TOTAL: 20