**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/25/2017

IN RE:

| | |
|---|---|
| JAMES M. LEJEUNE<br>DARLENE M. LEJEUNE<br>2239 MONTGOMERY ROAD<br>SEWICKLEY, PA 15143<br>XXX-XX-6612        Debtor(s)<br><br>XXX-XX-7496 | Case No.12-20807 GLT<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/25/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 1   INT %: 0.00% <br> Court Claim Number: 7 | CLAIM: 499.38 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9001 |
| **LAKEVIEW LOAN SERVICING LLC** <br> C/O M & T BANK <br> ATTN TRUSTEE PAYMENT CTR <br> PO BOX 1288 <br> BUFFALO, NY 14240-1288 | Trustee Claim Number: 2   INT %: 0.00% <br> Court Claim Number: 8 | CLAIM: 45,757.32 <br> COMMENT: LOAN MOD @ 38 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 8024 |
| **BENEFICIAL CONSUMER DISCOUNT CO** <br> C/O HSBC MORTGAGE SVC INC (*) <br> 636 GRAND REGENCY RD <br> BRANDON, FL 33510 | Trustee Claim Number: 3   INT %: 0.00% <br> Court Claim Number: 11 | CLAIM: 72,526.73 <br> COMMENT: AVD/OE*BENEFICIAL/PL*2ND/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0164 |
| **FORD MOTOR CREDIT CO(*)** <br> DRAWER 55-953 CH 13* <br> POB 55000* <br> DETROIT, MI 48255 | Trustee Claim Number: 4   INT %: 5.00% <br> Court Claim Number: 5 | CLAIM: 7,637.00 <br> COMMENT: $/OE*8734.29/PL-CL@5%MDF/PL*W 35 | CRED DESC: VEHICLE <br> ACCOUNT NO.: 1262 |
| **MCCANDLESS TWP SANITARY AUTH** <br> 418 W ARCADIA DR <br> PITTSBURGH, PA 15237 | Trustee Claim Number: 5   INT %: 10.00% <br> Court Claim Number: | CLAIM: 3,294.88 <br> COMMENT: 1001177001*$@10%/PL*08-11 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 7001 |
| **STATE OF OHIO** <br> DEPARTMENT OF TAXATION <br> POB 530 <br> COLUMBUS, OH 43266 | Trustee Claim Number: 6   INT %: 10.00% <br> Court Claim Number: | CLAIM: 3,118.34 <br> COMMENT: $@10%/PL*STAT LIEN/SCH*04/SCH*04-08/PL | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 6612 |
| **STATE OF OHIO** <br> DEPARTMENT OF TAXATION <br> POB 530 <br> COLUMBUS, OH 43266 | Trustee Claim Number: 7   INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: COMBINED@CID6*STATUTORY LIEN/SCH*07 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 6612 |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA 17128 | Trustee Claim Number: 8   INT %: 3.00% <br> Court Claim Number: 3 | CLAIM: 12,847.85 <br> COMMENT: 10163461*$/PL-CL@10%/PL~06-10 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 6612 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 9   INT %: 0.00% <br> Court Claim Number: 4-2 | CLAIM: 1,488.02 <br> COMMENT: 7496*$@0%/PL-CL*09-11/PL*AMD | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 6612 |
| **STATE OF OHIO** <br> DEPARTMENT OF TAXATION <br> POB 530 <br> COLUMBUS, OH 43266 | Trustee Claim Number: 10   INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: RMVD/AMD PL*08-10*DKT | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 6612 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **WEST PENN ALLEGHENY HEALTH SYSTEM**<br>/SCCSR ALLEG GENL HOSPITAL<br>320 E NORTH AVE<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 150050606683 |
| **ASSOCIATED NUEROLOGISTS**<br>9104 BABCOCK BLVD STE 2116<br>PITTSBURGH, PA 15237 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 16397 |
| **PHARIA LLC**<br>C/O WEINSTEIN & RILEY PS<br>POB 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 898.65<br>COMMENT: WAS NUM 412174174520~CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8335 |
| **CBCS++**<br>POB 69<br>COLUMBUS, OH 43216 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ASSOCIATED DENTAL SPECIALISTS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 24559908 |
| **COLLECTION SERVICE CENTER INC**<br>106 N MCKEAN ST<br>PO BOX 1623<br>BUTLER, PA 16003-1623 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLEGHENY IMAGE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1YOX5 |
| **COMCAST*++**<br>610 EPSILON DR<br>PITTSBURGH, PA 15238 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8993210340009361 |
| **ED ONEIL**<br>NICHOLSON RD<br>SEWICKLEY, PA 15143 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISPUTED/SCH*ND STREET NUMBER FOR ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6612 |
| **EQUITABLE GAS CO (*)**<br>225 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 602.90<br>COMMENT: 3412921 269578 902985 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2921 |
| **FAYETTE WASTE**<br>POB 65<br>WALTERSBURG, PA 15488 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 261300 |
| **GENESIS MEDICAL ASSOCIATES**<br>8150 PERRY HWY STE 300<br>PITTSBURGH, PA 15237 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 44646 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **HIGHMARK/BLUE CROSS~SHIELD**<br>120 FIFTH AVENUE PLACE<br>PITTSBURGH, PA  15222 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  900443255 |
| **PHYSICAL REHABILIATION SERVICE**<br>1033 PERRY HWY<br>PITTSBURGH, PA  15237 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  25213 |
| **STATE COLLECTION SERVICE INC**<br>POB 6250<br>MADISON, WI  53701 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*UPMC PASSAVANT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  13559771 |
| **STATE COLLECTION SERVICE INC**<br>POB 6250<br>MADISON, WI  53701 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*UPMC PASSAVANT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  14109431 |
| **STATE COLLECTION SERVICE INC**<br>POB 6250<br>MADISON, WI  53701 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*UPMC PASSAVANT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  14612848 |
| **STATE COLLECTION SERVICE INC**<br>POB 6250<br>MADISON, WI  53701 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*UPMC PASSAVANT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  16390169 |
| **STATE COLLECTION SERVICE INC**<br>POB 6250<br>MADISON, WI  53701 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*UPMC PASSAVANT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  16464306 |
| **MIDLAND FUNDING LLC BY AMERICAN INFOSO**<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  563.58<br>COMMENT:  FR VERIZON WIRELESS-DOC 38 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3728 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  306.62<br>COMMENT:  10163461*NO GEN UNS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6612 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  1,294.64<br>COMMENT:  10163461*$@0%/PL-CL*09-10/PL*NO PRI/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  6612 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **AMERICAN INFOSOURCE LP - AGENT FIRST DA**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM:  879.17<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  000 |
| **AMERICAN INFOSOURCE LP - AGENT FIRST DA**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM:  2,028.95<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  000 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM:  949.45<br>COMMENT:  LOAN MOD @ 38 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  8024 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:4-2<br><br>CLAIM:  268.94<br>COMMENT:  7496*NO GEN UNS/SCH*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6612 |
| **FORD MOTOR CREDIT CO(*)**<br>DRAWER 55-953  CH 13*<br>POB 55000*<br><br>DETROIT, MI  48255 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM:  1,097.29<br>COMMENT:  UNS BAL AFTER OE*W 5 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1262 |
| **EQUITABLE GAS CO (*)**<br>225 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PMT/CONF-PL*BGN 5/13 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  3412921-269578 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM:  9,650.72<br>COMMENT:  LOAN MOD @ 38 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  8024 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:08<br><br>CLAIM:  0.00<br>COMMENT:  PMT/LOAN MOD*771.90 X (9+2)=LMT*BGN 6/16 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  8024 |