Form 149

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**James M. LeJeune**
**Darlene M. LeJeune**
   Debtor(s)

Bankruptcy Case No.: 12−20807−GLT
Issued Per 2/23/2017 Proceeding
Chapter: 13
Docket No.: 153 − 144
Concil. Conf.: February 23, 2017 at 03:30 PM

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated January 6, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Feb. 23, 2017 at 03:30 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☒ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

- ☒ H.   Additional Terms: Debtor shall remit a final plan payment of $2,500 within 30 days or by March 27, 2017 and resume long term debts beginning April 2017.

Attorney fees are payable per orders entered.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*    **IT IS FURTHER ORDERED THAT:**

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: February 24, 2017

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-20807-GLT
James M. LeJeune                                                      Chapter 13
Darlene M. LeJeune
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 3            Date Rcvd: Feb 24, 2017
                              Form ID: 149            Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2017.
```
db/jdb         +James M. LeJeune,    Darlene M. LeJeune,    2239 Montgomery Road,    Sewickley, PA 15143-9517
cr            #+Beneficial Consumer Discount Company,    c/o Stern and Eisenberg, LLP,    261 Old York Road,
                 Ste. 410, The Pavilion,    Jenkintown, PA 19046-3722
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +T. Lawrence Palmer Office of Attorney General, Pen,    Office of Attorney General,
                 5th Floor, Manor Complex,    564 Forbes Avenue,    Pittsburgh, PA 15219-2992
13302126       +Accounts Recovery Bureau,    PO Box 6768,    Reading, PA 19610-0768
13302128       +Allegheny General Hospital,    PO Box 94609,    Cleveland, OH 44101-4609
13302129       +Allegheny Image,    9335 McKnight Road,    Pittsburgh, PA 15237-5903
13302130       +Associated Dental Specialists,    4328 Northern Pike #106,    Monroeville, PA 15146-2825
13302131       +Associated Nuerologists,    9104 Babcock Blvd., Suite 2116,    Pittsburgh, PA 15237-5818
13302132       +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
13385966        Bank of America, N.A.,    P.O. Box 660933,    Dallas, Texas 75266-0933
13302133       +Beneficial,    PO Box 17574,    Baltimore, MD 21297-1574
13302135       +CBCS,    PO Box 164059,    Columbus, OH 43216-4059
13302136      ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
               (address filed with court:  Collection Service Center, Inc.,     PO Box 1623,    Butler, PA 16003)
13302134        Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
13302137        Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
13302140       +Ed O'Neil,    Nicholson Road,    Sewickley, PA 15143
13302141       +Equitable Gas,    PO Box 6766,    Pittsburgh, PA 15212-0766
13358693       +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13338861      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company LLC,     P O Box 6275,
                 Dearborn, MI  48121)
13302142       +Fayette Waste LLC,    PO Box 65,    Waltersburg, PA 15488-0065
13302143       +Ford Motor Credit,    PO Box 790119,    Saint Louis, MO 63179-0119
13302144       +Genesis Medical Associates,    8150 Perry Hwy, Suite 300,    Pittsburgh, PA 15237-5232
13414178       +HSBC Mortgage Services Inc,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
13302145       +Highmark Blue Shield,    120 Fifth Ave.,    Pittsburgh, PA 15222-3099
13302147       +McCandless Twp. Sanitary Authority,    418 Arcadia Drive,    Pittsburgh, PA 15237-5597
13302148       +PA Department of Revenue,    Bureau of Compliance - Lien Section,    PO Box 280948,
                 Harrisburg, PA 17128-0948
13302149       +Physical Rehabilitation Svc,    1033 Perry Highway,    Pittsburgh, PA 15237-2123
13302150       +Revenue Cycle Solutions, Inc.,    PO Box 94609,    Cleveland, OH 44101-4609
13302151       +State Collection Service, Inc.,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
13399045        VERIZON,    PO BOX 3037,    BLOOMINGTON, IL  61702-3037
13302153       +Verizon,    PO Box 660748,    Dallas, TX 75266-0748
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 25 2017 01:35:57
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
13302127       +E-mail/Text: EBNProcessing@afni.com Feb 25 2017 01:34:25       AFNI,    PO Box 3517,
                 Bloomington, IL 61702-3517
13317957        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 25 2017 01:35:57
                 American InfoSource LP as agent for,    First Data Global Leasing,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13319212        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 25 2017 01:34:12
                 Commonwealth of Pennsylvania Department of Revenue,    PO Box 280946,    Bankruptcy Division,
                 Harrisburg, PA 17128-0496
13302138       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Feb 25 2017 01:34:36
                 Credit Management Company,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
13376987       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Feb 25 2017 01:34:51       Duquesne Light Company,
                 c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13302139       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Feb 25 2017 01:34:51       Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13302146        E-mail/Text: cio.bncmail@irs.gov Feb 25 2017 01:33:54       IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
13711884        E-mail/Text: camanagement@mtb.com Feb 25 2017 01:33:57       Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
13620019        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 25 2017 01:35:57       Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
13405391       +E-mail/Text: bncmail@w-legal.com Feb 25 2017 01:34:26       PHARIA L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13302152       +E-mail/Text: BankruptcyNotice@upmc.edu Feb 25 2017 01:34:42       UPMC Passavant,
                 Attn: Bankruptcy Dept.,    9100 Babcock Blvd.,    Pittsburgh, PA 15237-5815
                                                                                              TOTAL: 12
```

```
District/off: 0315-2              User: dbas               Page 2 of 3              Date Rcvd: Feb 24, 2017
                                  Form ID: 149             Total Noticed: 44

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
cr             Bank Of America, N.A., Successor By Merger To Bac
cr             Duquesne Light Company
cr             Lakeview Loan Servicing, LLC
13317457*     +AFNI,    PO Box 3517,    Bloomington, IL 61702-3517
13317456*     +Accounts Recovery Bureau,    PO Box 6768,    Reading, PA 19610-0768
13317458*     +Allegheny General Hospital,    PO Box 94609,    Cleveland, OH 44101-4609
13317459*     +Allegheny Image,    9335 McKnight Road,    Pittsburgh, PA 15237-5903
13317460*     +Associated Dental Specialists,    4328 Northern Pike #106,    Monroeville, PA 15146-2825
13317461*     +Associated Nuerologists,    9104 Babcock Blvd., Suite 2116,    Pittsburgh, PA 15237-5818
13317462*     +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
13317463*     +Beneficial,    PO Box 17574,    Baltimore, MD 21297-1574
13317465*     +CBCS,    PO Box 164059,    Columbus, OH 43216-4059
13317466*    ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
              (address filed with court:   Collection Service Center, Inc.,    PO Box 1623,    Butler, PA 16003)
13317464*      Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
13317467*      Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
13317468*     +Credit Management Company,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
13317469*     +Duquesne Light Company,    411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13317470*      Ed O'Neil,    Nicholson Road,    Sewickley, PA 15143
13317471*     +Equitable Gas,    PO Box 6766,    Pittsburgh, PA 15212-0766
13317472*     +Fayette Waste LLC,    PO Box 65,    Waltersburg, PA 15488-0065
13317473*     +Ford Motor Credit,    PO Box 790119,    Saint Louis, MO 63179-0119
13317474*     +Genesis Medical Associates,    8150 Perry Hwy, Suite 300,    Pittsburgh, PA 15237-5232
13317475*     +Highmark Blue Shield,    120 Fifth Ave.,    Pittsburgh, PA 15222-3099
13317476*      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
13317477*     +McCandless Twp. Sanitary Authority,    418 Arcadia Drive,    Pittsburgh, PA 15237-5597
13317478*     +PA Department of Revenue,    Bureau of Compliance - Lien Section,    PO Box 280948,
              Harrisburg, PA 17128-0948
13317479*     +Physical Rehabilitation Svc,    1033 Perry Highway,    Pittsburgh, PA 15237-2123
13317480*     +Revenue Cycle Solutions, Inc.,    PO Box 94609,    Cleveland, OH 44101-4609
13317481*     +State Collection Service, Inc.,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
13317482*     +UPMC Passavant,    Attn: Bankruptcy Dept.,    9100 Babcock Blvd.,    Pittsburgh, PA 15237-5815
13317483*     +Verizon,    PO Box 660748,    Dallas, TX 75266-0748
                                                                                             TOTALS: 4, * 28, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2017 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Brian C. Thompson    on behalf of Plaintiff Darlene M. LeJeune bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
         spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
         torney.com
         Brian C. Thompson    on behalf of Plaintiff James M. LeJeune bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
         spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
         torney.com

```
District/off: 0315-2              User: dbas                Page 3 of 3                   Date Rcvd: Feb 24, 2017
                                  Form ID: 149              Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Brian C. Thompson    on behalf of Debtor James M. LeJeune bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonattorney.com

         Brian C. Thompson    on behalf of Joint Debtor Darlene M. LeJeune bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonattorney.com

         James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com

         Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com

         Leslie J. Rase, Esq.    on behalf of Defendant    Beneficial Consumer Discount Company lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com

         Marisa Myers Cohen    on behalf of Creditor    Lakeview Loan Servicing, LLC mcohen@mwc-law.com

         Marisa Myers Cohen    on behalf of Creditor    Bank Of America, N.A., Successor By Merger To Bac Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP mcohen@mwc-law.com

         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com

         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

         Scott A. Dietterick    on behalf of Debtor James M. LeJeune sad@jsdc.com, kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com

         Scott A. Dietterick    on behalf of Creditor    BANK OF AMERICA, N.A. sad@jsdc.com, kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com

         Scott A. Dietterick    on behalf of Creditor    Bank Of America, N.A., Successor By Merger To Bac Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP sad@jsdc.com, kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com

         Steven K. Eisenberg    on behalf of Defendant    Beneficial Consumer Discount Company seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

         Steven K. Eisenberg    on behalf of Creditor    Beneficial Consumer Discount Company seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

         T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer    Office of Attorney General, Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com

         TOTAL: 20