Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **James M. LeJeune** : | Case No. 12−20807−GLT |
| **Darlene M. LeJeune** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 156 |
| v. : | |
| **No Respondents** : | Hearing Date: 6/14/17 at 11:00 AM |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

   *AND NOW,* this **30th day of March, 2017**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 156 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

   (1) **On or before May 15, 2017**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2) This Motion is scheduled for hearing on *June 14, 2017 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                           Case No. 12-20807-GLT
James M. LeJeune                                                 Chapter 13
Darlene M. LeJeune
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel             Page 1 of 3                    Date Rcvd: Mar 30, 2017
                              Form ID: 604           Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2017.
db/jdb         +James M. LeJeune,    Darlene M. LeJeune,    2239 Montgomery Road,    Sewickley, PA 15143-9517
cr            #+Beneficial Consumer Discount Company,    c/o Stern and Eisenberg, LLP,    261 Old York Road,
                 Ste. 410, The Pavilion,    Jenkintown, PA 19046-3722
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +T. Lawrence Palmer Office of Attorney General, Pen,    Office of Attorney General,
                 5th Floor, Manor Complex,    564 Forbes Avenue,    Pittsburgh, PA 15219-2992
13302126       +Accounts Recovery Bureau,    PO Box 6768,    Reading, PA 19610-0768
13302128       +Allegheny General Hospital,    PO Box 94609,    Cleveland, OH 44101-4609
13302129       +Allegheny Image,    9335 McKnight Road,    Pittsburgh, PA 15237-5903
13302130       +Associated Dental Specialists,    4328 Northern Pike #106,    Monroeville, PA 15146-2825
13302131       +Associated Nuerologists,    9104 Babcock Blvd., Suite 2116,    Pittsburgh, PA 15237-5818
13302132       +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
13385966        Bank of America, N.A.,    P.O. Box 660933,    Dallas, Texas 75266-0933
13302133       +Beneficial,    PO Box 17574,    Baltimore, MD 21297-1574
13302135       +CBCS,    PO Box 164059,    Columbus, OH 43216-4059
13302136      ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
                 (address filed with court: Collection Service Center, Inc.,     PO Box 1623,    Butler, PA 16003)
13302134        Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
13302137        Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
13302140       +Ed O'Neil,    Nicholson Road,    Sewickley, PA 15143
13302141       #+Equitable Gas,    PO Box 6766,    Pittsburgh, PA 15212-0766
13358693       +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13338861      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company LLC,     P O Box 6275,
                 Dearborn, MI 48121)
13302142       +Fayette Waste LLC,    PO Box 65,    Waltersburg, PA 15488-0065
13302143       +Ford Motor Credit,    PO Box 790119,    Saint Louis, MO 63179-0119
13302144       +Genesis Medical Associates,    8150 Perry Hwy, Suite 300,    Pittsburgh, PA 15237-5232
13414178       +HSBC Mortgage Services Inc,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
13302145       +Highmark Blue Shield,    120 Fifth Ave.,    Pittsburgh, PA 15222-3099
13302147       +McCandless Twp. Sanitary Authority,    418 Arcadia Drive,    Pittsburgh, PA 15237-5597
13302148       +PA Department of Revenue,    Bureau of Compliance - Lien Section,    PO Box 280948,
                 Harrisburg, PA 17128-0948
13302149       +Physical Rehabilitation Svc,    1033 Perry Highway,    Pittsburgh, PA 15237-2123
13302150       +Revenue Cycle Solutions, Inc.,    PO Box 94609,    Cleveland, OH 44101-4609
13302151       +State Collection Service, Inc.,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
13399045        VERIZON,    PO BOX 3037,    BLOOMINGTON, IL 61702-3037
13302153       +Verizon,    PO Box 660748,    Dallas, TX 75266-0748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 31 2017 01:18:36
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
13302127       +E-mail/Text: EBNProcessing@afni.com Mar 31 2017 01:20:31      AFNI,    PO Box 3517,
                 Bloomington, IL 61702-3517
13317957        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 31 2017 01:18:20
                 American InfoSource LP as agent for,    First Data Global Leasing,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13319212        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 31 2017 01:20:10
                 Commonwealth of Pennsylvania Department of Revenue,    PO Box 280946,    Bankruptcy Division,
                 Harrisburg, PA 17128-0496
13302138       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Mar 31 2017 01:20:44
                 Credit Management Company,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
13376987       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Mar 31 2017 01:20:56       Duquesne Light Company,
                 c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13302139       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Mar 31 2017 01:20:55       Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13302146        E-mail/Text: cio.bncmail@irs.gov Mar 31 2017 01:19:54      IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
13711884        E-mail/Text: camanagement@mtb.com Mar 31 2017 01:19:59       Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
13620019        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 31 2017 01:18:36       Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
13405391       +E-mail/Text: bncmail@w-legal.com Mar 31 2017 01:20:34      PHARIA L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13302152       +E-mail/Text: BankruptcyNotice@upmc.edu Mar 31 2017 01:20:49       UPMC Passavant,
                 Attn: Bankruptcy Dept.,    9100 Babcock Blvd.,    Pittsburgh, PA 15237-5815
                                                                                               TOTAL: 12
```

```
District/off: 0315-2            User: jhel                  Page 2 of 3                  Date Rcvd: Mar 30, 2017
                                Form ID: 604                Total Noticed: 44

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank Of America, N.A., Successor By Merger To Bac
cr              Duquesne Light Company
cr              Lakeview Loan Servicing, LLC
13317457*      +AFNI,    PO Box 3517,    Bloomington, IL 61702-3517
13317456*      +Accounts Recovery Bureau,    PO Box 6768,    Reading, PA 19610-0768
13317458*      +Allegheny General Hospital,    PO Box 94609,    Cleveland, OH 44101-4609
13317459*      +Allegheny Image,    9335 McKnight Road,    Pittsburgh, PA 15237-5903
13317460*      +Associated Dental Specialists,    4328 Northern Pike #106,    Monroeville, PA 15146-2825
13317461*      +Associated Nuerologists,    9104 Babcock Blvd., Suite 2116,    Pittsburgh, PA 15237-5818
13317462*      +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
13317463*      +Beneficial,    PO Box 17574,    Baltimore, MD 21297-1574
13317465*      +CBCS,    PO Box 164059,    Columbus, OH 43216-4059
13317466*     ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
               (address filed with court:  Collection Service Center, Inc.,    PO Box 1623,    Butler, PA 16003)
13317464*       Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
13317467*       Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
13317468*      +Credit Management Company,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
13317469*      +Duquesne Light Company,    411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13317470*       Ed O’Neil,    Nicholson Road,    Sewickley, PA 15143
13317471*      +Equitable Gas,    PO Box 6766,    Pittsburgh, PA 15212-0766
13317472*      +Fayette Waste LLC,    PO Box 65,    Waltersburg, PA 15488-0065
13317473*      +Ford Motor Credit,    PO Box 790119,    Saint Louis, MO 63179-0119
13317474*      +Genesis Medical Associates,    8150 Perry Hwy, Suite 300,    Pittsburgh, PA 15237-5232
13317475*      +Highmark Blue Shield,    120 Fifth Ave.,    Pittsburgh, PA 15222-3099
13317476*       IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
13317477*      +McCandless Twp. Sanitary Authority,    418 Arcadia Drive,    Pittsburgh, PA 15237-5597
13317478*      +PA Department of Revenue,    Bureau of Compliance - Lien Section,    PO Box 280948,
                 Harrisburg, PA 17128-0948
13317479*      +Physical Rehabilitation Svc,    1033 Perry Highway,    Pittsburgh, PA 15237-2123
13317480*      +Revenue Cycle Solutions, Inc.,    PO Box 94609,    Cleveland, OH 44101-4609
13317481*      +State Collection Service, Inc.,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
13317482*      +UPMC Passavant,    Attn: Bankruptcy Dept.,    9100 Babcock Blvd.,    Pittsburgh, PA 15237-5815
13317483*      +Verizon,    PO Box 660748,    Dallas, TX 75266-0748
                                                                                               TOTALS: 4, * 28, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Plaintiff Darlene M. LeJeune bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Plaintiff James M. LeJeune bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com

```
District/off: 0315-2              User: jhel                  Page 3 of 3                    Date Rcvd: Mar 30, 2017
                                  Form ID: 604                Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Brian C. Thompson    on behalf of Debtor James M. LeJeune bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Joint Debtor Darlene M. LeJeune bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Leslie J. Rase, Esq.    on behalf of Defendant    Beneficial Consumer Discount Company
               lrase@sterneisenberg.com,    ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Marisa Myers Cohen    on behalf of Creditor    Lakeview Loan Servicing, LLC mcohen@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    Bank Of America, N.A., Successor By Merger To Bac
               Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP mcohen@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Scott A. Dietterick    on behalf of Debtor James M. LeJeune sad@jsdc.com,
               kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
              Scott A. Dietterick    on behalf of Creditor    BANK OF AMERICA, N.A. sad@jsdc.com,
               kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
              Scott A. Dietterick    on behalf of Creditor    Bank Of America, N.A., Successor By Merger To Bac
               Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP sad@jsdc.com,
               kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
              Steven K. Eisenberg    on behalf of Defendant    Beneficial Consumer Discount Company
               seisenberg@sterneisenberg.com,    bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    Beneficial Consumer Discount Company
               seisenberg@sterneisenberg.com,    bkecf@sterneisenberg.com
              T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer   Office of Attorney General,
               Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,    MarkSPalmerPC@aol.com
                                                                                             TOTAL: 20