**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JAMES M. LEJEUNE
DARLENE M. LEJEUNE
Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
Movant
vs.
No Repondents.

Case No.:12-20807

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 28, 2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/21/2012 and confirmed on 4/19/12 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 124,290.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 124,290.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 13,666.05 | |
| Trustee Fee | 4,500.33 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 18,166.38 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 8024 | 45,757.32 | 45,757.32 | 0.00 | 45,757.32 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 8024 | 9,650.72 | 9,650.72 | 0.00 | 9,650.72 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 8024 | 0.00 | 7,719.00 | 0.00 | 7,719.00 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 8024 | 949.45 | 949.45 | 0.00 | 949.45 |
| MCCANDLESS TWP SANITARY AUTH<br>Acct: 7001 | 3,294.88 | 3,294.88 | 1,224.03 | 4,518.91 |
| STATE OF OHIO<br>Acct: 6612 | 3,118.34 | 3,118.34 | 1,159.00 | 4,277.34 |
| STATE OF OHIO<br>Acct: 6612 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 6612 | 12,847.85 | 12,847.85 | 1,430.01 | 14,277.86 |
| FORD MOTOR CREDIT CO(*)<br>Acct: 1262 | 7,637.00 | 7,637.00 | 892.25 | 8,529.25 |
| | | | | 95,679.85 |
| Priority | | | | |
| BRIAN C THOMPSON ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES M. LEJEUNE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: | 2,300.00 | 2,300.00 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX6-14 | 3,745.45 | 3,745.45 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX0-16 | 7,620.60 | 7,620.60 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 6612 | 1,488.02 | 1,488.02 | 0.00 | 1,488.02 |
| STATE OF OHIO | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Priority | | | | | |
| | Acct: 6612 | | | | |
| | PA DEPARTMENT OF REVENUE* | 1,294.64 | 1,294.64 | 0.00 | 1,294.64 |
| | Acct: 6612 | | | | |
| | EQUITABLE GAS CO (*) | 0.00 | 4,936.41 | 0.00 | 4,936.41 |
| | Acct: XXXXXXXXXX9578 | | | | |
| | | | | | 7,719.07 |
| Unsecured | | | | | |
| | DUQUESNE LIGHT COMPANY* | 499.38 | 17.08 | 0.00 | 17.08 |
| | Acct: 9001 | | | | |
| | BENEFICIAL CONSUMER DISCOUNT CO | 72,526.73 | 2,480.32 | 0.00 | 2,480.32 |
| | Acct: 0164 | | | | |
| | WEST PENN ALLEGHENY HEALTH SYSTI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXX6683 | | | | |
| | ASSOCIATED NUEROLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: X6397 | | | | |
| | PHARIA LLC | 898.65 | 30.73 | 0.00 | 30.73 |
| | Acct: 8335 | | | | |
| | CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX9908 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XYOX5 | | | | |
| | COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXX9361 | | | | |
| | ED ONEIL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6612 | | | | |
| | EQUITABLE GAS CO (*) | 602.90 | 20.62 | 0.00 | 20.62 |
| | Acct: 2921 | | | | |
| | FAYETTE WASTE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XX1300 | | | | |
| | GENESIS MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: X4646 | | | | |
| | HIGHMARK/BLUE CROSS~SHIELD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXX3255 | | | | |
| | PHYSICAL REHABILIATION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: X5213 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX9771 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX9431 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX2848 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX0169 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX4306 | | | | |
| | MIDLAND FUNDING LLC BY AMERICAN IN | 563.58 | 19.27 | 0.00 | 19.27 |
| | Acct: 3728 | | | | |
| | PA DEPARTMENT OF REVENUE* | 306.62 | 10.49 | 0.00 | 10.49 |
| | Acct: 6612 | | | | |
| | AMERICAN INFOSOURCE LP - AGENT FIF | 879.17 | 30.07 | 0.00 | 30.07 |
| | Acct: 000 | | | | |
| | AMERICAN INFOSOURCE LP - AGENT FIF | 2,028.95 | 69.39 | 0.00 | 69.39 |
| | Acct: 000 | | | | |
| | INTERNAL REVENUE SERVICE* | 268.94 | 9.20 | 0.00 | 9.20 |
| | Acct: 6612 | | | | |
| | FORD MOTOR CREDIT CO(*) | 1,097.29 | 37.53 | 0.00 | 37.53 |
| | Acct: 1262 | | | | |
| | | | | | 2,724.70 |

TOTAL PAID TO CREDITORS 106,123.62

| TOTAL | |
|---|---|
| CLAIMED | 2,782.66 |
| PRIORITY | 83,255.56 |
| SECURED | 79,672.21 |

Date: 03/28/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JAMES M. LEJEUNE
DARLENE M. LEJEUNE
Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:12-20807

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this ______________day of _________________, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

______________________________
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James M. LeJeune
Darlene M. LeJeune
Debtors

Case No. 12-20807-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: jhel Page 1 of 3 Date Rcvd: Mar 30, 2017
Form ID: pdf900 Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.

db/jdb +James M. LeJeune, Darlene M. LeJeune, 2239 Montgomery Road, Sewickley, PA 15143-9517
cr #+Beneficial Consumer Discount Company, c/o Stern and Eisenberg, LLP, 261 Old York Road, Ste. 410, The Pavilion, Jenkintown, PA 19046-3722
cr +Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5860
cr +T. Lawrence Palmer Office of Attorney General, Pen, Office of Attorney General, 5th Floor, Manor Complex, 564 Forbes Avenue, Pittsburgh, PA 15219-2992
13302126 +Accounts Recovery Bureau, PO Box 6768, Reading, PA 19610-0768
13302128 +Allegheny General Hospital, PO Box 94609, Cleveland, OH 44101-4609
13302129 +Allegheny Image, 9335 McKnight Road, Pittsburgh, PA 15237-5903
13302130 +Associated Dental Specialists, 4328 Northern Pike #106, Monroeville, PA 15146-2825
13302131 +Associated Nuerologists, 9104 Babcock Blvd., Suite 2116, Pittsburgh, PA 15237-5818
13302132 +Bank of America, PO Box 15019, Wilmington, DE 19886-5019
13385966 Bank of America, N.A., P.O. Box 660933, Dallas, Texas 75266-0933
13302133 +Beneficial, PO Box 17574, Baltimore, MD 21297-1574
13302135 +CBCS, PO Box 164059, Columbus, OH 43216-4059
13302136 ++COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623
(address filed with court: Collection Service Center, Inc., PO Box 1623, Butler, PA 16003)
13302134 Capital One, PO Box 71083, Charlotte, NC 28272-1083
13302137 Comcast, PO Box 3002, Southeastern, PA 19398-3002
13302140 Ed O’Neil, Nicholson Road, Sewickley, PA 15143
13302141 #+Equitable Gas, PO Box 6766, Pittsburgh, PA 15212-0766
13358693 +Equitable Gas Company, c/o Donna Treemarchi, 225 North Shore Drive, Pittsburgh, PA 15212-5860
13338861 ++FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180
(address filed with court: Ford Motor Credit Company LLC, P O Box 6275, Dearborn, MI 48121)
13302142 +Fayette Waste LLC, PO Box 65, Waltersburg, PA 15488-0065
13302143 +Ford Motor Credit, PO Box 790119, Saint Louis, MO 63179-0119
13302144 +Genesis Medical Associates, 8150 Perry Hwy, Suite 300, Pittsburgh, PA 15237-5232
13414178 +HSBC Mortgage Services Inc, P.O. Box 21188, Eagan, Minnesota 55121-0188
13302145 +Highmark Blue Shield, 120 Fifth Ave., Pittsburgh, PA 15222-3099
13302147 +McCandless Twp. Sanitary Authority, 418 Arcadia Drive, Pittsburgh, PA 15237-5597
13302148 +PA Department of Revenue, Bureau of Compliance - Lien Section, PO Box 280948, Harrisburg, PA 17128-0948
13302149 +Physical Rehabilitation Svc, 1033 Perry Highway, Pittsburgh, PA 15237-2123
13302150 +Revenue Cycle Solutions, Inc., PO Box 94609, Cleveland, OH 44101-4609
13302151 +State Collection Service, Inc., 2509 S. Stoughton Rd., Madison, WI 53716-3314
13399045 VERIZON, PO BOX 3037, BLOOMINGTON, IL 61702-3037
13302153 +Verizon, PO Box 660748, Dallas, TX 75266-0748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

cr E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 31 2017 01:18:35
Midland Funding LLC by American InfoSource LP as a, Attn: Department 1, PO Box 4457, Houston, TX 77210-4457
13302127 +E-mail/Text: EBNProcessing@afni.com Mar 31 2017 01:20:32 AFNI, PO Box 3517, Bloomington, IL 61702-3517
13317957 E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 31 2017 01:18:59
American InfoSource LP as agent for, First Data Global Leasing, PO Box 248838, Oklahoma City, OK 73124-8838
13319212 E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 31 2017 01:20:15
Commonwealth of Pennsylvania Department of Revenue, PO Box 280946, Bankruptcy Division, Harrisburg, PA 17128-0496
13302138 +E-mail/Text: hariasdiaz@creditmanagementcompany.com Mar 31 2017 01:20:44
Credit Management Company, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346
13376987 +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Mar 31 2017 01:20:57 Duquesne Light Company, c/o Bernstein Law Firm, 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1908
13302139 +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Mar 31 2017 01:20:56 Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942
13302146 E-mail/Text: cio.bncmail@irs.gov Mar 31 2017 01:19:55 IRS, PO Box 7346, Philadelphia, PA 19101-7346
13711884 E-mail/Text: camanagement@mtb.com Mar 31 2017 01:19:59 Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840
13620019 E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 31 2017 01:18:20 Midland Funding LLC, by American InfoSource LP as agent, Attn: Department 1, PO Box 4457, Houston, TX 77210-4457
13405391 +E-mail/Text: bncmail@w-legal.com Mar 31 2017 01:20:34 PHARIA L.L.C., C O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13302152 +E-mail/Text: BankruptcyNotice@upmc.edu Mar 31 2017 01:20:49 UPMC Passavant, Attn: Bankruptcy Dept., 9100 Babcock Blvd., Pittsburgh, PA 15237-5815

TOTAL: 12

District/off: 0315-2 User: jhel Page 2 of 3 Date Rcvd: Mar 30, 2017
Form ID: pdf900 Total Noticed: 44

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr BANK OF AMERICA, N.A.
cr Bank Of America, N.A., Successor By Merger To Bac
cr Duquesne Light Company
cr Lakeview Loan Servicing, LLC
13317457* +AFNI, PO Box 3517, Bloomington, IL 61702-3517
13317456* +Accounts Recovery Bureau, PO Box 6768, Reading, PA 19610-0768
13317458* +Allegheny General Hospital, PO Box 94609, Cleveland, OH 44101-4609
13317459* +Allegheny Image, 9335 McKnight Road, Pittsburgh, PA 15237-5903
13317460* +Associated Dental Specialists, 4328 Northern Pike #106, Monroeville, PA 15146-2825
13317461* +Associated Nuerologists, 9104 Babcock Blvd., Suite 2116, Pittsburgh, PA 15237-5818
13317462* +Bank of America, PO Box 15019, Wilmington, DE 19886-5019
13317463* +Beneficial, PO Box 17574, Baltimore, MD 21297-1574
13317465* +CBCS, PO Box 164059, Columbus, OH 43216-4059
13317466* ++COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623
(address filed with court: Collection Service Center, Inc., PO Box 1623, Butler, PA 16003)
13317464* Capital One, PO Box 71083, Charlotte, NC 28272-1083
13317467* Comcast, PO Box 3002, Southeastern, PA 19398-3002
13317468* +Credit Management Company, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346
13317469* +Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942
13317470* Ed O'Neil, Nicholson Road, Sewickley, PA 15143
13317471* +Equitable Gas, PO Box 6766, Pittsburgh, PA 15212-0766
13317472* +Fayette Waste LLC, PO Box 65, Waltersburg, PA 15488-0065
13317473* +Ford Motor Credit, PO Box 790119, Saint Louis, MO 63179-0119
13317474* +Genesis Medical Associates, 8150 Perry Hwy, Suite 300, Pittsburgh, PA 15237-5232
13317475* +Highmark Blue Shield, 120 Fifth Ave., Pittsburgh, PA 15222-3099
13317476* IRS, PO Box 7346, Philadelphia, PA 19101-7346
13317477* +McCandless Twp. Sanitary Authority, 418 Arcadia Drive, Pittsburgh, PA 15237-5597
13317478* +PA Department of Revenue, Bureau of Compliance - Lien Section, PO Box 280948, Harrisburg, PA 17128-0948
13317479* +Physical Rehabilitation Svc, 1033 Perry Highway, Pittsburgh, PA 15237-2123
13317480* +Revenue Cycle Solutions, Inc., PO Box 94609, Cleveland, OH 44101-4609
13317481* +State Collection Service, Inc., 2509 S. Stoughton Rd., Madison, WI 53716-3314
13317482* +UPMC Passavant, Attn: Bankruptcy Dept., 9100 Babcock Blvd., Pittsburgh, PA 15237-5815
13317483* +Verizon, PO Box 660748, Dallas, TX 75266-0748

TOTALS: 4, * 28, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2017 at the address(es) listed below:

Andrew F Gornall on behalf of Creditor Lakeview Loan Servicing, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
Brian C. Thompson on behalf of Plaintiff Darlene M. LeJeune bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonattorney.com
Brian C. Thompson on behalf of Plaintiff James M. LeJeune bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonattorney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Brian C. Thompson on behalf of Debtor James M. LeJeune bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonattorney.com
Brian C. Thompson on behalf of Joint Debtor Darlene M. LeJeune bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonattorney.com
James Warmbrodt on behalf of Creditor Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
Joshua I. Goldman on behalf of Creditor Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
Leslie J. Rase, Esq. on behalf of Defendant Beneficial Consumer Discount Company lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
Marisa Myers Cohen on behalf of Creditor Lakeview Loan Servicing, LLC mcohen@mwc-law.com
Marisa Myers Cohen on behalf of Creditor Bank Of America, N.A., Successor By Merger To Bac Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP mcohen@mwc-law.com
Office of the United States Trustee ustpregion03.pi.ecf@usdoj.gov
Peter J. Ashcroft on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
S. James Wallace on behalf of Creditor Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
Scott A. Dietterick on behalf of Debtor James M. LeJeune sad@jsdc.com, kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
Scott A. Dietterick on behalf of Creditor BANK OF AMERICA, N.A. sad@jsdc.com, kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
Scott A. Dietterick on behalf of Creditor Bank Of America, N.A., Successor By Merger To Bac Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP sad@jsdc.com, kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
Steven K. Eisenberg on behalf of Defendant Beneficial Consumer Discount Company seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com
Steven K. Eisenberg on behalf of Creditor Beneficial Consumer Discount Company seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com
T. Lawrence Palmer on behalf of Creditor T. Lawrence Palmer Office of Attorney General, Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com

TOTAL: 20