# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 12-20807-GLT |
| | ) | |
| James M. LeJeune, | ) | Chapter 13 |
| Darlene M. LeJeune, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| ------------------------------------------ | ) | Related to Document No. |
| Thompson Law Group, P.C., | ) | |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| | ) | 6/14/17 at 11:00 a.m. |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1.  The Debtors have made all payments required by the Chapter 13.

2.  The Debtors are not required to pay any Domestic Support Obligations

3.  The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.  On April 28, 2017 at docket numbers 163 and 164, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by: Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: April 28, 2017                s/ James M. LeJeune
                                     James M. LeJeune, Debtor

                                     s/ Darlene M. LeJeune
                                     Darlene M. LeJeune, Joint Debtor


                                     Respectfully submitted,

Dated: April 28, 2017                /s/Brian C. Thompson, Esquire
                                     Brian C. Thompson
                                     PA ID: 91197

Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com

Case 12-20807-GLT    Doc 165    Filed 04/28/17    Entered 04/28/17 10:58:54    Desc Main
Document      Page 2 of 2