**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James M. LeJeune** | Social Security number or ITIN  **xxx–xx–6612** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Darlene M. LeJeune** | Social Security number or ITIN  **xxx–xx–7496** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **12–20807–GLT**

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James M. LeJeune                                       Darlene M. LeJeune

<u>5/16/17</u>                                          **By the court:**   <u>Gregory L. Taddonio</u>
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-20807-GLT
James M. LeJeune                                                    Chapter 13
Darlene M. LeJeune
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: mgut            Page 1 of 3          Date Rcvd: May 16, 2017
                             Form ID: 3180W        Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
```
db/jdb         +James M. LeJeune,    Darlene M. LeJeune,    2239 Montgomery Road,    Sewickley, PA 15143-9517
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +T. Lawrence Palmer Office of Attorney General, Pen,   Office of Attorney General,
                 5th Floor, Manor Complex,   564 Forbes Avenue,   Pittsburgh, PA 15219-2992
13302126       +Accounts Recovery Bureau,   PO Box 6768,   Reading, PA 19610-0768
13302128       +Allegheny General Hospital,   PO Box 94609,   Cleveland, OH 44101-4609
13302129       +Allegheny Image,   9335 McKnight Road,   Pittsburgh, PA 15237-5903
13302130       +Associated Dental Specialists,   4328 Northern Pike #106,   Monroeville, PA 15146-2825
13302131       +Associated Nuerologists,   9104 Babcock Blvd., Suite 2116,   Pittsburgh, PA 15237-5818
13385966        Bank of America, N.A.,   P.O. Box 660933,   Dallas, Texas 75266-0933
13302136      ++COLLECTION SERVICE CENTER INC BUTLER PA,   PO BOX 1623,   BUTLER PA 16003-1623
               (address filed with court: Collection Service Center, Inc.,    PO Box 1623,   Butler, PA 16003)
13302137        Comcast,   PO Box 3002,   Southeastern, PA 19398-3002
13302140        Ed O'Neil,   Nicholson Road,   Sewickley, PA 15143
13302141      #+Equitable Gas,   PO Box 6766,   Pittsburgh, PA 15212-0766
13358693       +Equitable Gas Company,   c/o Donna Treemarchi,   225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13302142       +Fayette Waste LLC,   PO Box 65,   Waltersburg, PA 15488-0065
13302144       +Genesis Medical Associates,   8150 Perry Hwy, Suite 300,   Pittsburgh, PA 15237-5232
13302145       +Highmark Blue Shield,   120 Fifth Ave.,   Pittsburgh, PA 15222-3099
13302147       +McCandless Twp. Sanitary Authority,   418 Arcadia Drive,   Pittsburgh, PA 15237-5597
13302148       +PA Department of Revenue,   Bureau of Compliance - Lien Section,   PO Box 280948,
                 Harrisburg, PA 17128-0948
13302149       +Physical Rehabilitation Svc,   1033 Perry Highway,   Pittsburgh, PA 15237-2123
13302150       +Revenue Cycle Solutions, Inc.,   PO Box 94609,   Cleveland, OH 44101-4609
13302151       +State Collection Service, Inc.,   2509 S. Stoughton Rd.,   Madison, WI 53716-3314
14416123       +Wilmington Savings Fund Society, FSB, d,   Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2017 01:00:03     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr              EDI: AIS.COM May 17 2017 00:53:00    Midland Funding LLC by American InfoSource LP as a,
                 Attn: Department 1,   PO Box 4457,   Houston, TX  77210-4457
13302127       +EDI: AFNIRECOVERY.COM May 17 2017 00:53:00     AFNI,   PO Box 3517,
                 Bloomington, IL 61702-3517
13317957        EDI: AIS.COM May 17 2017 00:53:00    American InfoSource LP as agent for,
                 First Data Global Leasing,   PO Box 248838,   Oklahoma City, OK  73124-8838
13302132        EDI: BANKAMER.COM May 17 2017 00:53:00    Bank of America,   PO Box 15019,
                 Wilmington, DE 19886
13302133       +EDI: HFC.COM May 17 2017 00:53:00     Beneficial,   PO Box 17574,   Baltimore, MD 21297-1574
13302135       +EDI: CBCSI.COM May 17 2017 00:53:00     CBCS,   PO Box 164059,   Columbus, OH 43216-4059
13302134        EDI: CAPITALONE.COM May 17 2017 00:53:00    Capital One,   PO Box 71083,
                 Charlotte, NC 28272-1083
13319212        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2017 01:00:03
                 Commonwealth of Pennsylvania Department of Revenue,   PO Box 280946,   Bankruptcy Division,
                 Harrisburg, PA 17128-0496
13302138       +E-mail/Text: hariasdiaz@creditmanagementcompany.com May 17 2017 01:00:31
                 Credit Management Company,   2121 Noblestown Road,   PO Box 16346,   Pittsburgh, PA 15242-0346
13376987       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM May 17 2017 01:00:42     Duquesne Light Company,
                 c/o Bernstein Law Firm,   707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13302139       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM May 17 2017 01:00:42     Duquesne Light Company,
                 411 Seventh Avenue,   Pittsburgh, PA 15219-1942
13338861        EDI: FORD.COM May 17 2017 00:53:00    Ford Motor Credit Company LLC,   P O Box 6275,
                 Dearborn, MI  48121
13302143       +EDI: FORD.COM May 17 2017 00:53:00    Ford Motor Credit,   PO Box 790119,
                 Saint Louis, MO 63179-0119
13414178       +EDI: HFC.COM May 17 2017 00:53:00    HSBC Mortgage Services Inc,   P.O. Box 21188,
                 Eagan, Minnesota 55121-0188
13302146        EDI: IRS.COM May 17 2017 00:53:00    IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
13711884        E-mail/Text: camanagement@mtb.com May 17 2017 00:59:55     Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,   P.O. Box 840,   Buffalo, NY 14240-0840
13620019        EDI: AIS.COM May 17 2017 00:53:00    Midland Funding LLC,   by American InfoSource LP as agent,
                 Attn: Department 1,   PO Box 4457,   Houston, TX  77210-4457
13405391       +EDI: OPHSUBSID.COM May 17 2017 00:53:00    PHARIA L.L.C.,   C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13302152       +E-mail/Text: BankruptcyNotice@upmc.edu May 17 2017 01:00:36     UPMC Passavant,
                 Attn: Bankruptcy Dept.,   9100 Babcock Blvd.,   Pittsburgh, PA 15237-5815
13399045        EDI: VERIZONEAST.COM May 17 2017 00:53:00    VERIZON,   PO BOX 3037,
                 BLOOMINGTON, IL  61702-3037
```

```
District/off: 0315-2            User: mgut                  Page 2 of 3                   Date Rcvd: May 16, 2017
                                Form ID: 3180W              Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13302153        +EDI: VERIZONCOMB.COM May 17 2017 00:53:00      Verizon,    PO Box 660748,    Dallas, TX 75266-0748
                                                                                                          TOTAL: 22

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank Of America, N.A., Successor By Merger To Bac
cr              Duquesne Light Company
cr              Lakeview Loan Servicing, LLC
13317457*      +AFNI,   PO Box 3517,   Bloomington, IL 61702-3517
13317456*      +Accounts Recovery Bureau,    PO Box 6768,    Reading, PA 19610-0768
13317458*      +Allegheny General Hospital,    PO Box 94609,    Cleveland, OH 44101-4609
13317459*      +Allegheny Image,    9335 McKnight Road,    Pittsburgh, PA 15237-5903
13317460*      +Associated Dental Specialists,    4328 Northern Pike #106,    Monroeville, PA 15146-2825
13317461*      +Associated Nuerologists,    9104 Babcock Blvd., Suite 2116,    Pittsburgh, PA 15237-5818
13317462*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886)
13317463*      +Beneficial,    PO Box 17574,    Baltimore, MD 21297-1574
13317465*      +CBCS,    PO Box 164059,    Columbus, OH 43216-4059
13317466*     ++COLLECTION SERVICE CENTER INC BUTLER PA,     PO BOX 1623,    BUTLER PA 16003-1623
              (address filed with court: Collection Service Center, Inc.,    PO Box 1623,    Butler, PA 16003)
13317464*       Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
13317467*       Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
13317468*      +Credit Management Company,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
13317469*      +Duquesne Light Company,    411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13317470*       Ed O’Neil,    Nicholson Road,    Sewickley, PA 15143
13317471*      +Equitable Gas,    PO Box 6766,    Pittsburgh, PA 15212-0766
13317472*      +Fayette Waste LLC,    PO Box 65,    Waltersburg, PA 15488-0065
13317473*      +Ford Motor Credit,    PO Box 790119,    Saint Louis, MO 63179-0119
13317474*      +Genesis Medical Associates,    8150 Perry Hwy, Suite 300,    Pittsburgh, PA 15237-5232
13317475*      +Highmark Blue Shield,    120 Fifth Ave.,    Pittsburgh, PA 15222-3099
13317476*       IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
13317477*      +McCandless Twp. Sanitary Authority,    418 Arcadia Drive,    Pittsburgh, PA 15237-5597
13317478*      +PA Department of Revenue,    Bureau of Compliance - Lien Section,    PO Box 280948,
                 Harrisburg, PA 17128-0948
13317479*      +Physical Rehabilitation Svc,    1033 Perry Highway,    Pittsburgh, PA 15237-2123
13317480*      +Revenue Cycle Solutions, Inc.,    PO Box 94609,    Cleveland, OH 44101-4609
13317481*      +State Collection Service, Inc.,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
13317482*      +UPMC Passavant,    Attn: Bankruptcy Dept.,    9100 Babcock Blvd.,    Pittsburgh, PA 15237-5815
13317483*      +Verizon,    PO Box 660748,    Dallas, TX 75266-0748
cr            ##+Beneficial Consumer Discount Company,     c/o Stern and Eisenberg, LLP,    261 Old York Road,
                 Ste. 410, The Pavilion,    Jenkintown, PA 19046-3722
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                              TOTALS: 4, * 28, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2         User: mgut              Page 3 of 3           Date Rcvd: May 16, 2017
                             Form ID: 3180W          Total Noticed: 45
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2017 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brian C. Thompson    on behalf of Joint Debtor Darlene M. LeJeune bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Brian C. Thompson    on behalf of Plaintiff Darlene M. LeJeune bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Brian C. Thompson    on behalf of Plaintiff James M. LeJeune bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          Brian C. Thompson    on behalf of Debtor James M. LeJeune bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
           spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
           torney.com
          James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Leslie J. Rase, Esq.    on behalf of Defendant    Beneficial Consumer Discount Company
           lrase@sterneisenberg.com,  ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Marisa Myers Cohen    on behalf of Creditor    Lakeview Loan Servicing, LLC mcohen@mwc-law.com
          Marisa Myers Cohen    on behalf of Creditor    Bank Of America, N.A., Successor By Merger To Bac
           Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP mcohen@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Scott A. Dietterick    on behalf of Debtor James M. LeJeune sad@jsdc.com,
           kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
          Scott A. Dietterick    on behalf of Creditor    BANK OF AMERICA, N.A. sad@jsdc.com,
           kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
          Scott A. Dietterick    on behalf of Creditor    Bank Of America, N.A., Successor By Merger To Bac
           Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP sad@jsdc.com,
           kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
          Steven K. Eisenberg    on behalf of Defendant    Beneficial Consumer Discount Company
           seisenberg@sterneisenberg.com,  bkecf@sterneisenberg.com
          Steven K. Eisenberg    on behalf of Creditor    Beneficial Consumer Discount Company
           seisenberg@sterneisenberg.com,  bkecf@sterneisenberg.com
          T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
           Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                                             TOTAL: 20
```